## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

ATLANTIC CASUALTY INSURANCE )
COMPANY, )
          Plaintiff, )
   )
      v. )
   )
WORLDWIDE CARPENTRY, INC. and )
LUIS ALBERTO MAROCHO )
CAJAMARCA, )
          Defendants. )

```
FILED: AUG 19, 2008
No. 08 CV 4699
JUDGE BUCKLO
MAGISTRATE JUDGE MASON
RCC
```

### COMPLAINT FOR DECLARATORY JUDGMENT

NOW COMES the Plaintiff, ATLANTIC CASUALTY INSURANCE COMPANY, by

its Attorneys, CARLSON LAW OFFICES, and for its Complaint for Declaratory Judgment

against Defendants, WORLDWIDE CARPENTRY, INC. and LUIS ALBERTO MAROCHO

CAJAMARCA, states as follows:

### THE PARTIES

1.      ATLANTIC CASUALTY INSURANCE COMPANY ("ATLANTIC

CASUALTY") is a corporation incorported under the laws of the State of North Carolina,

having  its principal place of business in the State of North Carolina.

2.      Defendant, WORLDWIDE CARPENTRY, INC. ("WORLDWIDE") is a

corporation incorporated under the laws of the State of Illinois, having its principal place of

business in the State of Illinois.

3.      Defendant, LUIS ALBERTO MAROCHO CAJAMARCA ("CAJAMARCA")

is a citizen of the State of Illinois.

*JURISDICTION AND VENUE*

4.      Jurisdiction is proper in this court pursuant to 28 U.S.C. § 1332 (a), because the matter in controversy exceeds the sum or value of $75,000, exclusive of interests and costs, and this civil action between citizens of different States.

5.      Venue is proper in this Judicial District pursuant to 28 U.S.C.§1391(a)(1) and (2), in that Defendants WORLDWIDE and CAJAMARCO reside in this Judicial District and a substantial part of the events or omissions giving rise to a claim at issue occurred in this Judicial District.

*FACTS*

6.      WORLDWIDE CARPENTRY, INC. ("WORLDWIDE") has been sued in a lawsuit entitled  Luis Alberto Marocho Cajamarca, Plaintiff   v.  Worldwide Carpentry, Inc., Cook County Case No. 05 L 14204 (hereafter "the lawsuit").  A true and correct copy of the Second Amended Complaint in the lawsuit is attached hereto as Exhibit 1.

7.      The lawsuit arises out of an alleged injury to LUIS ALBERTO MAROCHO CAJAMARCO ("CAJAMARCO") on June 8, 2005, when he was allegedly injured while at the premises at 3721 North Lakewood, where WORLDWIDE was performing carpentry services. (hereafter " the accident").

8.      ATLANTIC and WORLDWIDE CARPENTRY entered into a policy of liability insurance, policy No. L054002752, which was effective June 3, 2005 to June 3, 2006

(hereafter " the ATLANTIC policy").  A true and correct copy of the ATLANTIC policy is attached hereto as Exhibit 2A - 2D.

    9.    The ATLANTIC policy provides in relevant part as follows:

### SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS

*2.*    *Duties In The Event Of Occurrence, Offense, Claim or Suit*

    *a.*    You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim.  To the extent possible, notice should include:

        *(1)*    How, when and where the "occurrence" or offense took place;

        *(2)*    The names and addresses of any injured persons and witnesses; and

        *(3)*    The nature and location of any injury or damage arising out of the "occurrence" or offense.

    *b.*    If a claim is made or "suit" is brought against any insured, you must:

        *(1)*    Immediately record the specifics of the claim or "suit" and the date received; and

        *(2)*    Notify us as soon as practicable.

    *c.*    You and any other involved insured must:

        *(1)*    Immediately send us copies of any demands, notices, summonses, legal papers received in connection  with the claim or "suit";

        *(2)*    Authorize us to obtain records and other information;

(3)     Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

(4)     Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

d.     No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

10.     CAJAMARCO filed the lawsuit on December 19, 2005.

11.     WORLDWIDE was served with the lawsuit on August 15, 2006.

12.     In addition, prior to the lawsuit being filed and served, WORLDWIDE was provided with a letter dated April 25, 2006,  in which the attorney for CAJAMARCO indicated a claim would be made against WORLDWIDE and asked if WORLDWIDE was covered by liability insurance.  This April 25, 2006 letter is attached hereto as Exhibit 3.

13.     Previously, WORLDWIDE had notice of the accident when it occurred, and upon information and belief , knew shortly thereafter that a claim might be brought against it and certainly no later than April 25, 2006.

14.     On November 16, 2006, WORLDWIDE received a letter with the Complaint in the lawsuit that was later served upon WORLDWIDE, asking that WORLDWIDE forward the Complaint to its insurance company.  A copy of this November 16, 2006 letter is attached hereto as Exhibit 4.

15.     Prior to receiving this Complaint on or about November 6, 2006, WORLDWIDE informed the attorney for CAJAMARCO that ATLANTIC was his insurance

company, but despite the letter asking the Complaint be forwarded to ATLANTIC ,

WORLDWIDE did not do so.

16.     In addition, WORLDWIDE received a letter dated December 20, 2006

advising of service of the Complaint on August 15, 2006, and asking WORLDWIDE, again, to

contact its insurance company.  A copy of this letter of December 20, 2006 is attached hereto as

Exhibit 5.

17.     WORLDWIDE was also sent a letter dated January 7, 2008, advising of a

default,  which had previously been granted,  with a prove up of damages set for January 31,

2008.  A copy of this letter of January 7, 2008 is attached hereto as Exhibit 6.

18.     Nevertheless, despite all of these prior notices, among others, of the accident,

claim and lawsuit, WORLDWIDE hired its own attorneys, but still failed to provide notice to

ATLANTIC of the accident, claim and lawsuit.

19.     In spite of all of the prior notices and communications regarding the accident,

the claim and the lawsuit, it was not until early May 2008 that the first notice of the accident and

the lawsuit was provided to ATLANTIC.

20.     The failure of WORLDWIDE to notify ATLANTIC of the occurrence, the

claim,  and the lawsuit for almost three years , despite having knowledge of the accident and

being provided a copy of the Complaint, and previously sent various notices of a claim being

made, and a lawsuit being filed,  and retaining an attorney, including but not limited to the

notices set forth above, constitutes a breach of the policy provision quoted above requiring

notification of an occurrence as soon as practical and immediately forwarding the lawsuit.

21.    Consequently, ATLANTIC has no duty to defend or indemnify WORLDWIDE CARPENTRY under the ATLANTIC policy in connection with the lawsuit.

22.    An actual controversy exists between the Plaintiff and the Defendants herein, and pursuant to the terms and provisions of 28 U.S.C. § 2201, this Court is vested with the power to declare the rights and liabilities of the parties hereto, and to grant such other and further relief as may be necessary.

WHEREFORE, Plaintiff, ATLANTIC CASUALTY INSURANCE COMPANY, respectfully requests that this Court:

A)    Determine and adjudicate the rights and liabilities of the parties hereto;

B)    Find and declare that WORLDWIDE CARPENTRY failed to provide ATLANTIC CASUALTY INSURANCE COMPANY with notice as soon as applicable of the occurrence and failed to immediately provide notice of the lawsuit as required by the ATLANTIC policy;

C)    Find and declare that ATLANTIC has no duty to defend or indemnify WORLDWIDE CARPENTRY, INC. under the ATLANTIC policy in connection with the lawsuit;

D)    Find and declare that the Defendants do not have any rights under the ATLANTIC policy in connection with the lawsuit;

E)    Grant such other and further relief as this Court deems fit and proper under the evidence and circumstances.

Respectfully submitted,

CARLSON LAW OFFICES

/s/

_Keith G. Carlson_

eith G. Carlson, One of the Attorneys for

Plaintiff, ATLANTIC CASUALTY INSURANCE
COMPANY

Keith G. Carlson
Carlson Law Offices
6 W. Hubard Street, 8th Floor
Chicago, IL 60654
312-627-1212
ARDC #06194752

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

Luis Alberto Marocho Cajamarca   )
                              )
    Plaintiff,             )
                              )
      v.                 )    No. 05 L 14204
                              )
World Wide Carpentry LLC and   )
Worldwide Carpentry Inc.,      )
Robert Sanima d/b/a World Wide   )
Carpentry, LLC             )
                              )
    Defendants.          )    JURY TRIAL DEMANDED

### 2ND AMENDED COMPLAINT

Plaintiff, Luis Alberto Marocho Cajamarca, by Mark S. Dym,

Mark Weiner and Hughes, Socol, Piers, Resnick & Dym, Ltd.,

complains against defendants World Wide Carpentry LLC, Worldwide

Carpentry, Inc., Robert Sanima d/b/a World Wide Carpentry, LLC,

as follows:

### COUNT I – NEGLIGENCE AGAINST DEFENDANT WORLD WIDE CARPENTRY LLC

1.     Plaintiff, Luis Alberto Marocho Cajamarca, is and was

at all relevant times a resident and citizen of Chicago,

Illinois.

2.     Upon information and belief, defendant World Wide

Carpentry was an Illinois LLC.

3.     On or about June 8, 2005, plaintiff Luis Alberto

Marocho Cajamarca was lawfully on the premises located at 3721

North Lakewood, Chicago, Illinois.

4.     Upon information and belief, defendant performed

carpentry services at that location and was involved with

08 CV 4699
JUDGE BUCKLO
MAGISTRATE JUDGE MASON
RCC


EXHIBIT
1

carpentry work, including but not limited to installing an
elevator shaft.

5.   At all relevant times, defendant World Wide Carpentry
LLC owed a duty to plaintiff and others to perform its work with
reasonable care.

6.   Notwithstanding defendant World Wide Carpentry LLC's
duties, defendant was then and there guilty of one or more of the
following negligent acts or omissions:

a.   failing to barricade, cordon off, cover or otherwise
     protect plaintiff and others from falling through a
     hole and/or down the elevator shaft;

b.   failing to maintain a proper, sufficient and
     reasonable inspection procedure;

c.   negligently maintaining the floor, and

d.   was otherwise careless and negligent.

7.   As a direct and proximate result of defendant World
Wide Carpentry LLC's negligent acts or omissions, plaintiff Luis
Alberto Marocho Cajamarca sustained serious personal injuries,
lost wages, and medical expenses.

Wherefore, plaintiff, Luis Alberto Marocho Cajamarca,
requests that judgement be entered against defendant, World Wide
Carpentry, LLC, in an amount in excess of the jurisdictional
requirements of the Court, plus costs and such other relief the
Court deems appropriate.

COUNT II - NEGLIGENCE AGAINST DEFENDANT WORLDWIDE CARPENTRY INC

Pleading in the alternative, without prejudice to any
averments contained in any other Counts, plaintiff Luis Alberto

Marocho Cajamarca, states the following:

8.   Plaintiff, Luis Alberto Marocho Cajamarca, is and was at all relevant times a resident and citizen of Chicago, Illinois,

9.   Upon information and belief, defendant Worldwide Carpentry Inc. was an Illinois Corporation doing business in Illinois.

10.  On or about June 8, 2005, plaintiff Luis Alberto Marocho Cajamarca was lawfully on the premises located at 3721 North Lakewood, Chicago, Illinois.

11.  Upon information and belief, defendant Worldwide Carpentry Inc. performed carpentry services at that location and was involved with carpentry work, including but not limited to installing an elevator shaft.

12.  At all relevant times, defendant Worldwide Carpentry Inc. owed a duty to plaintiff and others to perform its work with reasonable care.

13.  Notwithstanding defendant Worldwide Carpentry Inc.'s duties, defendant was then and there guilty of one or more of the following negligent acts or omissions:

   a.   failing to barricade, cordon off, cover or otherwise protect plaintiff and others from falling through a hole and/or down the elevator shaft;

   b.   failing to maintain a proper, sufficient and reasonable inspection procedure;

   c.   negligently maintaining the floor, and

   d.   was otherwise careless and negligent.

14.  As a direct and proximate result of defendant Worldwide
Carpentry Inc.'s negligent acts or omissions, plaintiff Luis
Alberto Marocho Cajamarca sustained serious personal injuries,
lost wages, and medical expenses.

Wherefore, plaintiff, Luis Alberto Marocho Cajamarca,
requests that judgement be entered against defendant, Worldwide
Carpentry, Inc., in an amount in excess of the jurisdictional
requirements of the Court, plus costs and such other relief the
Court deems appropriate.

## COUNT III – NEGLIGENCE AGAINST DEFENDANT ROBERT SANIMA D/B/A/ WORLD WIDE CARPENTRY LLC

Pleading in the alternative, without prejudice to any
averments contained in any other Counts, plaintiff Luis Alberto
Marocho Cajamarca, states the following

15.  Plaintiff, Luis Alberto Marocho Cajamarca, is and was
at all relevant times a resident and citizen of Chicago,
Illinois.

16.  Upon information and belief, defendant Robert Sanima
was operating a business that was previously dissolved under the
name of "World Wide Carpentry, LLC".

17.  On or about June 9, 2005, plaintiff Luis Alberto
Marocho Cajamarca was lawfully on the premises located at 3721
North Lakewood, Chicago, Illinois.

18.  Upon information and belief, defendant performed
carpentry services at that location and was involved with
carpentry work, including but not limited to installing an

One of the Attorneys for Plaintiff
Luis Alberto Marocho Cajamarca

Mark S. Dym
Mark Weiner
HUGHES & SOCOL,
PIERS, RESNICK & DYM, LTD.
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
312-580-0100
Atty No. 32662

# SCHEDULE OF FORMS AND ENDORSEMENTS

08 CV 4699

JUDGE BUCKLO

MAGISTRATE JUDGE MASON

JJ

| POLICY NUMBER: | NAMED INSURED |
|---|---|
| L054002752-0 | Worldwide Carpentry Inc. |

Form/Endorsement No./Edition Date

| | |
|---|---|
| ACJ1 11-02 | POLICY JACKET |
| ACD 04-03 | COMMON POLICY DECLARATION |
| ACI-GLB 07-01 | PRIVACY POLICY |
| A-MEP1 01-05 | MIN EARNED PREM |
| IL0017 11-98 | COMMON POLICY CONDITIONS |
| IL0021 07-02 | NUCLEAR ENERGY EXCLUSION |
| ACD-GL1 01-03 | GL COVERAGE DECLARATIONS |
| ACI-SOSB 05-99 | BLANK SERVICE OF SUIT |
| CG0001 10-01 | COMMERCIAL GL COV FORM |
| CG0300 1-96 | LIABILITY INS DEDUCTIBLE |
| CG2173 12-02 | EXCL CERTIFIED ACTS OF TERRORISM |
| CG2187 05-04 | CONDITIONAL EXCL OF TERRORISM |
| AGL-C-2 01-05 | COMBO ENDORSE EXCLUSIONS/LIMITAT |
| AGL-012 01-03 | PREMIUM AUDIT-DEPOSIT PREM END |
| AGL-015 01-03 | CLASSIFICATION LIMITATION ENDO |
| AGL-035 01-05 | EXCL-RAIN\SNOW\HAIL PROP DAM |
| DC RAW ID | INTERNAL COMPANY ROUTING FORM |



EXHIBIT

2A



**Atlantic Casualty**
**Insurance Company**

# COMMON POLICY DECLARATIONS

Policy Number  L054002752

NEW
Renewal of Number

**Item 1. Named Insured and Mailing Address:**

WORLDWIDE CARPENTRY INC.

4N 214 Cedar Lane
Bensenville                    IL    60106

| Item 2. Policy Period | From: | 06/03/2005 | To: 06/03/2006 | Term | 365 | Day(s) |
|---|---|---|---|---|---|---|

12:01 A. M.  Standard Time at the address of the Named Insured as stated herein

**Item 3. Business Description:**
Carpentry Contractor

**In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.**

This policy consists of the following coverage parts for which a premium is indicated. Where no premium is shown, there is no coverage. This premium may be subject to adjustment.

| Coverage Part(s) | Form No and Edition Date | | Premium |
|---|---|---|---|
| Commercial General Liability Coverage Part | | $ | 1,771.00 |
| Property Coverage Part | | $ | |
| Inland Marine Coverage Part | | $ | |
| Terrorism Coverage | | $ | |
| | Subtotal | $ | 1,771.00 |
| | Broker Fee | $ | 75.00 |
| | SL | $ | 62.00 |
| | | $ | |
| | SLA | $ | 5.00 |
| | | $ | |
| | | Total | $ 1,913.00 |

**Audit Period Annual unless otherwise stated:** _____

**Item 4.  Forms and endorsements applicable to all Coverage Parts:**
See Schedule of Forms and Endorsements

Agent No.:        1
General Agent:  Executive Brokers Insurance Services
Address:          1240 Jungerman Road
                      St. Peters                    MO  63376

Producer Code No.: agt1121
Producer Name:    Duet Insurance Group
Producer Address:  5927 W. Lawrence
                      Chicago                    IL    60630

Countersigned _____06/03/2005_____ pc/sm        By _____
                          DATE                                          COUNTERSIGNATURE

THIS COMMON POLICY DECLARATIONS AND THE SUPPLEMENTAL DECLARATIONS, TOGETHER WITH THE COMMON POLICY CONDITIONS,
COVERAGE FORM(S) AND ENDORSEMENTS COMPLETE THE ABOVE NUMBER POLICY.

IN WITNESS WHEREOF, this Company has caused the Policy to be signed by its President and its Secretary and countersigned by a duly authorized representative.

                  President                                          Secretary

ACD 04-03                            COMPANY

## PRIVACY POLICY

Atlantic Casualty Insurance Company believes that personal information that we collect about our customers, potential customers, and proposed insureds (referred to collectively in this Privacy Policy as "customers") must be treated with the highest degree of confidentiality. For this reason and in compliance with the Title V of the Gramm-Leach-Bliley Act ("GLBA"), we have developed a Privacy Policy that applies. For purposes of our Privacy Policy, the term "personal information" includes all information we obtain about a customer and maintain in a personally identifiable way. In order to assure the confidentiality of the personal information we collect and in order to comply with applicable laws, all individuals with access to personal information about our customers are required to follow this policy.

### Our Privacy Promise

Your privacy and the confidentiality of your business records are important to us. Information and the analysis of information is essential to the business of insurance and critical to our ability to provide to you excellent, cost-effective service and products. We understand that gaining and keeping your trust depends upon the security and integrity of our records concerning you. Accordingly, we promise that:

1. We will follow strict standards of security and confidentiality to protect any information you share with us or information that we receive about you;
2. We will verify and exchange information regarding your credit and financial status only for the purposes of underwriting, policy administration, or risk management and only with reputable references and clearinghouse services;
3. We will not collect and use information about you and your business other than the minimum amount of information necessary to advise you about and deliver to you excellent service and products and to administer our business;
4. We will train our employees to handle information about you or your business in a secure and confidential manner and only permit employees authorized to use such information to have access to such information;
5. We will not disclose information about you or your business to any organization outside our company or to third party service providers unless we disclose to you our intent to do so or we are required to do so by law;
6. We will not disclose medical information about you, your employees, or any claimants under any policy of insurance, unless you provide us with written authorization to do so, or unless the disclosure is for any specific business exception provided in the law;
7. We will attempt, with your help, to keep our records regarding you and your business complete and accurate, and will advise you how and where to access your account information (unless prohibited by law), and will advise you how to correct errors or make changes to that information; and
8. We will audit and assess our operations, personnel and third party service providers to assure that your privacy is respected.

### Collection and Sources of Information

We collect from a customer or potential customer only the personal information that is necessary for (a) determining eligibility for the product or service sought by the customer, (b)

administering the product or service obtained, and (c) advising the customer about our products and services. The information we collect generally comes from the following sources:

- **Submission** – During the submission process, you provide us with information about you and your business, such as your name, address, phone number, e-mail address, and other types of personal identification information;
- **Quotes** – We collect information to enable us to determine your eligibility for the particular insurance product and to determine the cost of such insurance to you. The information we collect will vary with the type of insurance you seek;
- **Transactions** – We will maintain records of all transactions with us, our affiliates, and our third party service providers, including your insurance coverage selections, premiums, billing and payment information, claims history, and other information related to your account;
- **Claims** – If you obtain insurance from us, we will maintain records related to any claims that may be made under your policies. The investigation of a claim necessarily involves collection of a broad range of information about many issues, some of which does not directly involve you. We will share with you any facts that we collect about your claim unless we are prohibited by law from doing so. The process of claim investigation, evaluation, and settlement also involves, however, the collection of advice, opinions, and comments from many people, including attorneys and experts, to aid the claim specialist in determining how best to handle your claim. In order to protect the legal and transactional confidentiality and privileges associated with such opinions, comments and advice, we will not disclose this information to you; and
- **Credit and Financial Reports** – We may receive information about you and your business regarding your credit. We use this information to verify information you provide during the submission and quote processes and to help underwrite and provide to you the most accurate and cost-effective insurance quote we can provide.

## Retention and Correction of Personal Information

We retain personal information only as long as required by our business practices and applicable law. If we become aware that an item of personal information may be materially inaccurate, we will make reasonable effort to re-verify its accuracy and correct any error as appropriate.

## Storage of Personal Information

We have in place safeguards to protect data and paper files containing personal information.

## Sharing/Disclosing of Personal Information

We maintain procedures to assure that we do not share personal information with an unaffiliated third party for marketing purposes unless such sharing is permitted by law. Personal information may be disclosed to an unaffiliated third party for necessary servicing of the product or service or for other normal business transactions as permitted by law.

We do not disclose personal information to an unaffiliated third party for servicing purposes or joint marketing purposes unless a contract containing a confidentiality/non-disclosure provision has been signed by us and the third party. Unless a consumer consents, we do not disclose "consumer credit report" type information obtained from an application or a credit report regarding a customer who applies for a financial product to any unaffiliated third party for the

purpose of serving as a factor in establishing a consumer's eligibility for credit, insurance or employment. "Consumer credit report type information" means such things as net worth, credit worthiness, lifestyle information (piloting, skydiving, etc.) solvency, etc. We also do not disclose to any unaffiliated third party a policy or account number for use in marketing. We may share with our affiliated companies information that relates to our experience and transactions with the customer.

## Policy for Personal Information Relating to Nonpublic Personal Health Information

We do not disclose nonpublic personal health information about a customer unless an authorization is obtained from the customer whose nonpublic personal information is sought to be disclosed. However, an authorization shall not be prohibited, restricted or required for the disclosure of certain insurance functions, including, but not limited to, claims administration, claims adjustment and management, detection, investigation or reporting of actual or potential fraud, misrepresentation or criminal activity, underwriting, policy placement or issuance, loss control and/or auditing.

## Access to Your Information

Our employees, employees of our affiliated companies, and third party service providers will have access to information we collect about you and your business as is necessary to effect transactions with you. We may also disclose information about you to the following categories of person or entities:

- Your independent insurance agent or broker;
- An independent claim adjuster or investigator, or an attorney or expert involved in the claim;
- Persons or organizations that conduct scientific studies, including actuaries and accountants;
- An insurance support organization;
- Another insurer if to prevent fraud or to properly underwrite a risk;
- A state insurance department or other governmental agency, if required be federal, state or local laws; or
- Any persons entitled to receive information as ordered by a summons, court order, search warrant or subpoena.

## Violation of the Privacy Policy

Any person violating the Privacy Policy will be subject to discipline, up to and including termination.

# ATLANTIC CASUALTY INSURANCE COMPANY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## MINIMUM EARNED PREMIUM

If this policy is cancelled for any reason, except at the request of the Company, you agree with us that the minimum earned premium for this policy is 25% of the total policy premium, unless otherwise indicated below. It is further agreed that such minimum earned premium is not subject to short rate or pro rata adjustment.

All premium charges for adding additional insured and/or waiver of subrogation endorsements to this policy shall be 100% fully earned.

☐   50% of the total policy premium

☐   100% of the total policy premium

A-MEP1 Edition 01/05

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

 Copyright, Insurance Services Office, Inc., 1998

IL 00 21 07 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

    © ISO Properties, Inc., 2001       □

2. As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "Special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

   **(a)** Any "nuclear reactor";

   **(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

   **(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

   **(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

 © ISO Properties, Inc., 2001 □



**Atlantic Casualty
Insurance Company**

### COMMERCIAL GENERAL LIABILITY COVERAGE
### PART DECLARATIONS

Renewal of Number  NEW                           **Policy No.**  L054002752

Named Insured and Mailing Address (No., Street, Town or City, County, State, Zip Code)*
WORLDWIDE CARPENTRY INC.

4N 214 Cedar Lane
Bensenville          IL  60106
Policy Period * :  From  06/03/2005    to  06/03/2006    at 12:01 A.M. Standard Time at your mailing
                   address shown above.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE
WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

| LIMITS OF INSURANCE | | |
|---|---|---|
| Each Occurrence Limit | $ 1,000,000 | |
| Damages To Premises | | |
| Rented To You Limit | $ 50,000 | Any one premises |
| Medical Expense Limit | $ 5,000 | Any one person |
| Personal and Advertising Injury Limit | $ 1,000,000 | Any one person or organization |
| General Aggregate Limit | | $ 1,000,000 |
| Products / Completed Operations Aggregate Limit | | $ 1,000,000 |

**RETROACTIVE DATE (CG 00 02 ONLY)**
Coverage A of this Insurance does not apply to "bodily injury" or "property damage" which occurs before the Retroactive Date,
if any, shown here:
                    (Enter Date or "None" if no Retroactive Date applies)

**DESCRIPTION OF BUSINESS AND LOCATION OF PREMISES**

Form of Business:
☐ Individual      ☐ Joint Venture      ☐ Partnership    ☒ Organization (Other than Partnership or Joint Venture)
Business Description*:
Carpentry Contractor

Location of All premises You Own, Rent or Occupy:

4N 214 Cedar Lane                          Bensenville              IL  60106

**PREMIUM**

| Classification | Code No. | Premium Basis | Rate Pr/Co | Rate All Other | Advance Premium Pr/Co | Advance Premium All Other |
|---|---|---|---|---|---|---|
| Carpentry | 91342 | P    25000 PR | 12.11 | 54.72 | $ 303 | $ 1368 |
| | | Extension Subtotal | | | $ | |
| Minimum Premium Applies | | Total or Minimum Premium | | | $ 1,771.00 | |

**(a) area   (c) total cost   (m) admission   (p) payroll   (s) gross sales   (u) units   (t) other

**FORMS AND ENDORSEMENTS** applying to this Coverage part and made part of this policy at time of issue +:
SEE SCHEDULE OF FORMS AND ENDORSEMENTS

Countersigned:*
                                                                                    *
                              By _____
                                        Authorized Representative

*Entry optional if shown in Common Policy Declarations.
+Forms and Endorsements applicable to this Coverage Part omitted if shown elsewhere in the policy.
THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS,
COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED
POLICY.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc.

ACD-GL1 01-03

# ATLANTIC CASUALTY INSURANCE COMPANY

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## SERVICE OF SUIT ENDORSEMENT

It is agreed that service of process in suit may be made upon:

Paula Cates
807 Bailey Drive
Joliet                                          IL    60431

and that in any suit instituted against any one of them upon this contract, the Company will abide by the final decision of any Court or Appellate Court in the event of an appeal.

The above-named are authorized and directed to accept service of process on behalf of the Company in any suit and/or upon the request of the Insured to give a written undertaking to the Insured that they will enter a general appearance upon the Company's behalf in the event a suit is instituted.

Further, pursuant to any statute of any state, territory or district of the United States which makes provision therefor, the Company designates the Superintendent, Commissioner or Director of Insurance or other officer specified for that purpose in the statute, or his successor or successors in office, as their true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the Insured or any beneficiary hereunder arising out of this contract of insurance, and hereby designates the above-named as the person to whom the said officer is authorized to mail such process or a true copy thereof.

ACI-SOS 05/99

## SECTION I – COVERAGES
## COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. **Insuring Agreement**

   a. *We will pay those sums that the insured becomes legally*

   *obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:*

   **(1)** *The amount we will pay for damages is limited as described*

   *in Section III – Limits Of Insurance; and*

   **(2)** *Our right and duty to defend ends when we have used up*

   *the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.*

   *No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.*

   b. *This insurance applies to "bodily injury" and "property damage" only if:*

   **(1)** *The "bodily injury" or "property damage" is caused by an*

   *"occurrence" that takes place in the "coverage territory";*

   **(2)** *The "bodily injury" or "property damage" occurs during*

   *the policy period; and*

   **(3)** *Prior to the policy period, no insured listed under*

   *Paragraph 1. of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.*

   c. *"Bodily injury" or "property damage" which occurs during the policy*

   *period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.*

   d. *"Bodily injury" or "property damage" will be deemed to have been*

   *known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:*

   **(1)** *Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;*

**(2)** *Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or*

**(3)** *Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.*

e. *Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".*

2. **Exclusions**

   *This insurance does not apply to:*

   a. **Expected Or Intended Injury**

      *"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.*

   b. **Contractual Liability**

      *"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:*

      **(1)** *That the insured would have in the absence of the contract or agreement; or*

      **(2)** *Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:*

        **(a)** *Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and*

        **(b)** *Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.*

   c. **Liquor Liability**

      *"Bodily injury" or "property damage" for which any insured may be held liable by reason of:*

      **(1)** *Causing or contributing to the intoxication of any person;*

      **(2)** *The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or*

      **(3)** *Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.*

      *This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.*

**d.** *Workers' Compensation And Similar Laws*

*Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.*

**e.** *Employer's Liability*

"*Bodily injury*" *to:*

**(1)** *An "employee" of the insured arising out of and in the course of:*

**(a)** *Employment by the insured; or*

**(b)** *Performing duties related to the conduct of the insured's business; or*

**(2)** *The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.*

*This exclusion applies:*

**(1)** *Whether the insured may be liable as an employer or in any other capacity; and*

**(2)** *To any obligation to share damages with or repay someone else who must pay damages because of the injury.*

*This exclusion does not apply to liability assumed by the insured under an "insured contract".*

**g.** *Aircraft, Auto Or Watercraft*

"*Bodily injury*" *or* "*property damage*" *arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".*

*This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.*

*This exclusion does not apply to:*

**(1)** *A watercraft while ashore on premises you own or rent;*

**(2)** *A watercraft you do not own that is:*

**(a)** *Less than 26 feet long; and*

**(b)** *Not being used to carry persons or property for a charge;*

**(3)** *Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;*

**(4)** *Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or*

**(5)** "*Bodily injury*" *or* "*property damage*" *arising out of the operation of any of the equipment listed in Paragraph f.(2) or f.(3) of the definition of "mobile equipment".*

**h.** *Mobile Equipment*

"*Bodily injury*" *or* "*property damage*" *arising out of:*



EXHIBIT
2 B

     **(1)** *The transportation of "mobile equipment" by an "auto"*
*owned or*
*operated by or rented or loaned to any insured; or*

     **(2)** *The use of "mobile equipment" in, or while in practice for,*
*or while being prepared for, any prearranged racing, speed,*
*demolition, or stunting activity.*

**i.** ***War***

   *"Bodily injury" or "property damage" due to war, whether or not*
*declared, or any act or condition incident to war. War includes civil*
*war, insurrection, rebellion or revolution. This exclusion applies only to*
*liability assumed under a contract or agreement.*

**j.** ***Damage To Property***

   *"Property damage" to:*

     **(1)** *Property you own, rent, or occupy, including any costs or*
*expenses incurred by you, or any other person, organization or*
*entity, for repair, replacement, enhancement, restoration or*
*maintenance of such property for any reason, including prevention*
*of injury to a person or damage to another's property;*

     **(2)** *Premises you sell, give away or abandon, if the "property*
*damage" arises out of any part of those premises;*

     **(3)** *Property loaned to you;*

     **(4)** *Personal property in the care, custody or control of the*
*insured;*

     **(5)** *That particular part of real property on which you or any*
*contractors or subcontractors working directly or indirectly on your*
*behalf are performing operations, if the "property damage" arises*
*out of those operations; or*

     **(6)** *That particular part of any property that must be restored,*
*repaired or replaced because "your work" was incorrectly*
*performed on it.*

   *Paragraphs (1), (3) and (4) of this exclusion do not apply to "property*
*damage" (other than damage by fire) to premises, including the contents*
*of such premises, rented to you for a period of 7 or fewer consecutive*
*days. A separate limit of insurance applies to Damage To Premises*
*Rented To You as described in Section III – Limits Of Insurance.*

   *Paragraph (2) of this exclusion does not apply if the premises are "your*
*work" and were never occupied, rented or held for rental by you.*

   *Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability*
*assumed under a sidetrack agreement.*

   *Paragraph (6) of this exclusion does not apply to "property damage"*
*included in the "products-completed operations hazard".*

**k.** ***Damage To Your Product***

   *"Property damage" to "your product" arising out of it or any*
*part of it.*

**l.** ***Damage To Your Work***

   *"Property damage" to "your work" arising out of it or any part of it and*
*included in the "products-completed operations hazard".*

*This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.*

**m. Damage To Impaired Property Or Property Not Physically Injured**

*"Property damage" to "impaired property" or property that has not been physically injured, arising out of:*

*(1) A defect, deficiency, inadequacy or dangerous condition in*

*"your product" or "your work"; or*

*(2) A delay or failure by you or anyone acting on your behalf*

*to perform a contract or agreement in accordance with its terms.*

*This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.*

**n. Recall Of Products, Work Or Impaired**
**Property**

*Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:*

*(1) "Your product";*

*(2) "Your work"; or*

*(3) "Impaired property";*

*if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.*

**o. Personal And Advertising Injury**

*"Bodily injury" arising out of "personal and advertising*

*injury".*

*Exclusions c. through n. do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III – Limits Of Insurance.*

### COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY

**1. Insuring Agreement**

**a.** *We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:*

**(1)** *The amount we will pay for damages is limited as described in Section III – Limits Of Insurance ; and*

**(2)** *Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.*

> No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.
>
> b.  This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

## 2.  Exclusions

This insurance does not apply to:

**a.    Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b.    Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

**c.    Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

**d.    Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e.    Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f.    Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g.    Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h.    Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i.    Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j.     Insureds In Media And Internet Type Businesses**

*"Personal and advertising injury" committed by an insured whose business is:*

> **(1)** *Advertising, broadcasting, publishing or telecasting;*
>
> **(2)** *Designing or determining content of web-sites for others; or*
>
> **(3)** *An Internet search, access, content or service provider.*

*However, this exclusion does not apply to Paragraphs 14.a., b. and c. of "personal and advertising injury" under the Definitions Section.*

*For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.*

**k.     Electronic Chatrooms Or Bulletin Boards**

*"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.*

**l.     Unauthorized Use Of Another's Name Or Product**

*"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.*

**m.     Pollution**

*"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.*

**n.     Pollution-Related**

*Any loss, cost or expense arising out of any:*

> **(1)** *Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or*
>
> **(2)** *Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".*

## COVERAGE C MEDICAL PAYMENTS

**1.     Insuring Agreement**

*a. We will pay medical expenses as described below for "bodily injury" caused by an accident:*

> **(1)** *On premises you own or rent;*
>
> **(2)** *On ways next to premises you own or rent; or*
>
> **(3)** *Because of your operations;*

*provided that:*

> **(1)** *The accident takes place in the "coverage territory" and during the policy period;*
>
> **(2)** *The expenses are incurred and reported to us within one year of the date of the accident; and*
>
> **(3)** *The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.*

      *b.      We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:*

      *(1) First aid administered at the time of an accident;*

      *(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and*

      *(3) Necessary ambulance, hospital, professional nursing and funeral services.*

**2.  Exclusions**

*We will not pay expenses for "bodily injury":*

      *a.     **Any Insured***

      *To any insured, except "volunteer workers".*

      *b.     **Hired Person***

      *To a person hired to do work for or on behalf of any insured or a tenant of any insured.*

      *c.     **Injury On Normally Occupied Premises***

      *To a person injured on that part of premises you own or rent that the person normally occupies.*

      *d.     **Workers Compensation And Similar Laws***

      *To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.*

      *e.     **Athletics Activities***

      *To a person injured while taking part in athletics.*

      *f.     **Products-Completed Operations Hazard***

      *Included within the "products-completed operations hazard".*

      *g.     **Coverage A Exclusions***

      *Excluded under Coverage A.*

      *h.     **War***

      *Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.*

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

    *1.   We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:*

      *a.     All expenses we incur.*

      *b.     Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.*

      *c.     The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.*

      *d.     All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.*

      *e.     All costs taxed against the insured in the "suit".*

    f.      *Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.*

    g.      *All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.*

*These payments will not reduce the limits of insurance.*

2.   *If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:*

    a.      *The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";*

    b.      *This insurance applies to such liability assumed by the insured;*

    c.      *The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";*

    d.      *The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;*

    e.      *The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and*

    f.      *The indemnitee:*

        **(1)** *Agrees in writing to:*

            **(a)**  *Cooperate with us in the investigation, settlement or defense of the "suit";*

            **(b)**  *Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";*

            **(c)**  *Notify any other insurer whose coverage is available to the indemnitee; and*

            **(d)**  *Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and*

        **(2)** *Provides us with written authorization to:*

            **(a)**  *Obtain records and other information related to the "suit"; and*

            **(b)**  *Conduct and control the defense of the indemnitee in such "suit".*

*So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph 2.b.(2) of Section I – Coverage A – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.*

*Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:*

    a.      *We have used up the applicable limit of insurance in the payment of judgments or settlements; or*

**b.** The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II – WHO IS AN INSURED

1. If you are designated in the Declarations as:

   **a.** An individual, you and your spouse are insureds, but only with respect
   to the conduct of a business of which you are the sole owner.

   **b.** A partnership or joint venture, you are an insured. Your members, your
   partners, and their spouses are also insureds, but only with respect to the conduct of your business.

   **c.** A limited liability company, you are an insured. Your members
   are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

   **d.** An organization other than a partnership, joint venture or
   limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

   **e.** A trust, you are an insured. Your trustees are also insureds, but
   only with respect to their duties as trustees.

2. ████████████████████████████████████

   **a.** Your "volunteer workers" only while performing duties related to the
   conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

      **(1)** "Bodily injury" or "personal and advertising injury":

         **(a)** To you, to your partners or members (if you are a
         partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

         **(b)** To the spouse, child, parent, brother or sister of that co-
         "employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

         **(c)** For which there is any obligation to share damages with or
         repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

         **(d)** Arising out of his or her providing or failing to provide

professional health care services.

    (2) "Property damage" to property:

      (a) Owned, occupied or used by,

      (b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by you, ny of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

  **b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

  **c.** Any person or organization having proper temporary custody of your property if you die, but only:

    (1) With respect to liability arising out of the maintenance or use of that property; and

    (2) Until your legal representative has been appointed.

  **d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

  **a.** "Bodily injury" to a co-"employee" of the person driving the equipment; or

  **b.** "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

**4.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

  **a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

  **b.** Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

  **c.** Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

  **1.** The Limits of Insurance shown in the Declarations and the rules below fix

the most we will pay regardless of the number of:

    a. Insureds;

    b. Claims made or "suits" brought; or

    c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

    a. Medical expenses under Coverage C;

    b. Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

    c. Damages under Coverage B.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to 2. above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

    a. Damages under Coverage A; and

    b. Medical expenses under Coverage C

      because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to 5. above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage A for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to 5. above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

1. **Bankruptcy**

    Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

    a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the "occurrence" or offense took place;

      (2) The names and addresses of any injured persons and witnesses;

and

    **(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

    **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

    **(2)** Notify us as soon as practicable.

    You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

    **(1)** Immediately send us copies of any demands, notices, summonses legal papers received in connection with the claim or "suit";

    **(2)** Authorize us to obtain records and other information;

    **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

    **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3.** **Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4.** **Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages A or B of this Coverage Part, our obligations are limited as follows:

**a.** **Primary Insurance**

This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

**b.** **Excess Insurance**

This insurance is excess over:

    **(1)** Any of the other insurance, whether primary, excess,

contingent or on any other basis:

    **(a)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

    **(b)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

    **(c)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

    **(d)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion g. of Section I – Coverage A – Bodily Injury And Property Damage Liability.

  **(2)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess, we will have no duty under Coverages A or B to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

  **(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

  **(2)** The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

  **a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

  **b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date

shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

    c.  The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

6. **Representations**

By accepting this policy, you agree:

    a.  The statements in the Declarations are accurate and complete;

    b.  Those statements are based upon representations you made to us; and

    c.  We have issued this policy in reliance upon your representations.

7. **Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

    a.  As if each Named Insured were the only Named Insured; and

    b.  Separately to each insured against whom claim is made or "suit" is brought.

8. **Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

9. **When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION V – DEFINITIONS

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

    a.  Notices that are published include material placed on the Internet or on similar electronic means of communication; and

    b.  Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

08 CV 4699
JUDGE BUCKLO
MAGISTRATE JUDGE MASON
JJ

   a. *The United States of America (including its territories and possessions), Puerto Rico and Canada;*
   b. *International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in a. above; or*
   c. *All other parts of the world if the injury or damage arises out of:*
      (1) *Goods or products made or sold by you in the territory described in a. above;*
      (2) *The activities of a person whose home is in the territory described in a. above, but is away for a short time on your business; or*
      (3) *"Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in a. above or in a settlement we agree to.*

5. *"Employee" includes a "leased worker". "Employee" does not include a "temporary worker".*

6. *"Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.*

7. *"Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.*

8. *"Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:*
   a. *It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or*
   b. *You have failed to fulfill the terms of a contract or agreement; if such property can be restored to use by:*
   a. *The repair, replacement, adjustment or removal of "your product" or "your work"; or*
   b. *Your fulfilling the terms of the contract or agreement.*

9. *"Insured contract" means:*
   a. *A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";*
   b. *A sidetrack agreement;*
   c. *Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;*
   d. *An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;*
   e. *An elevator maintenance agreement;*
   f. *That part of any other contract or agreement pertaining to your business*

RCC
MAGISTRATE JUDGE MASON
JUDGE BUCKLO
08 CV 4699


EXHIBIT
2C

(including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

    **(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

    **(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

        **(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

        **(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

    **(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

    **a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

    **b.** While it is in or on an aircraft, watercraft or "auto"; or

    **c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

    **a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

    **b.** Vehicles maintained for use solely on or next to premises you own or rent;

    **c.** Vehicles that travel on crawler treads;

    **d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

        **(1)** Power cranes, shovels, loaders, diggers or drills; or

        **(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in *a.*, *b.*, *c.* or *d.* above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

    *(1)* Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

    *(2)* Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in *a.*, *b.*, *c.* or *d.* above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

    *(1)* Equipment designed primarily for:

        *(a)*    Snow removal;

        *(b)*    Road maintenance, but not construction or resurfacing; or

        *(c)*    Street cleaning;

    *(2)* Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

    *(3)* Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

a. False arrest, detention or imprisonment;

b. Malicious prosecution;

c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

d. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

e. Oral or written publication, in any manner, of material that violates a person's right of privacy;

f. The use of another's advertising idea in your "advertisement"; or

g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

a. Includes all "bodily injury" and "property damage" occurring away

from premises you own or rent and arising out of "your product" or "your work" except:

    **(1)** Products that are still in your physical possession; or

    **(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

        **(a)** When all of the work called for in your contract has been completed.

        **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

        **(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

    Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

  **b.** Does not include "bodily injury" or "property damage" arising out of:

    **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

    **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

    **(3)** Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

  **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

  **b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

  **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

  **b.** Any other alternative dispute resolution proceeding in which

such damages are claimed and to which the insured submits with our consent.

19. *"Temporary worker"* means a person who is furnished to you to substitute for a permanent *"employee"* on leave or to meet seasonal or short-term workload conditions.

20. *"Volunteer worker"* means a person who is not your *"employee"*, and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. *"Your product"*:

   *a. Means:*

      *(1)* Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

         *(a)* You;

         *(b)* Others trading under your name; or

         *(c)* A person or organization whose business or assets you have acquired; and

      *(2)* Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

   *b. Includes*

      *(1)* Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of *"your product"*; and

      *(2)* The providing of or failure to provide warnings or instructions.

   *c.* Does not include vending machines or other property rented to or located for the use of others but not sold.

22. *"Your work"*:

   *a. Means:*

      *(1)* Work or operations performed by you or on your behalf; and

      *(2)* Materials, parts or equipment furnished in connection with such work or operations.

   *b. Includes*

      *(1)* Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of *"your work"*, and

      *(2)* The providing of or failure to provide warnings or instructions.

POLICY NUMBER: L054002752

COMMERCIAL GENERAL LIABILITY
CG 03 00 01 96

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## DEDUCTIBLE LIABILITY INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Coverage | Amount and Basis of Deduction PER CLAIM or PER OCCURRENCE | |
|---|---|---|
| Bodily Injury Liability OR | $ | $ |
| Property Damage Liability OR | $ 500.00 | $ |
| Bodily Injury Liability and/or Property Damage Liability Combined | $ | $ |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**APPLICATION OF ENDORSEMENT** (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all "bodily injury" and "property damage", however caused):

A. Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

B. You may select a deductible amount on either a per claim or a per "occurrence" basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above. The deductible amount stated in the Schedule above applies as **follows:**

1. **PER CLAIM BASIS.** If the deductible amount indicated in the Schedule above is on a per claim basis, that deductible applies as follows:

a. Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury";

b. Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage"; or

c. Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person because of:
   (1) "Bodily injury";
   (2) "Property damage"; or
   (3) "Bodily injury" and "property damage" combined

as the result of any one "occurrence".

If damages are claimed for care, loss of services or death resulting at any time from "bodily injury", a separate deductible amount will be applied to each person making a claim for such damages.

With respect to "property damage", person includes an organization.

CG 03 00 01 96

Copyright, Insurance Services Office, Inc., 1994

Page 1 of 2

**2. PER OCCURRENCE BASIS.** If the deductible amount indicated in the Schedule above is on a "per occurrence" basis, that deductible amount applies as follows:

a. Under Bodily Injury Liability Coverage, to all damages because of "bodily injury";

b. Under Property Damage Liability Coverage, to all damages because of "property damage"; or

c. Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages because of:

   (1) "Bodily injury";

   (2) "Property damage"; or

   (3) "Bodily injury" and "property damage" combined

as the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence".

C. The terms of this insurance, including those with respect to:

   1. Our right and duty to defend the insured against any "suits" seeking those damages; and

   2. Your duties in the event of an "occurrence", claim, or "suit"

apply irrespective of the application of the deductible amount.

D. We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

          Copyright, Insurance Services Office, Inc.,          CG 03 00 01 96

COMMERCIAL GENERAL LIABILITY
CG 21 73 12 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising, directly or indirectly, out of "a certified act of terrorism".

**B.** The following definitions are added:

**1.** For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part.

**2.** "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The federal Terrorism Risk Insurance Act of 2002 sets forth the following criteria for a "certified act of terrorism":

**a.** The act resulted in aggregate losses in excess of $5 million; and

**b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

COMMERCIAL GENERAL LIABILITY
CG 21 87 05 04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONDITIONAL EXCLUSION OF TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT OF 2002)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A. Applicability Of The Provisions Of This Endorsement**

1. The provisions of this endorsement will become applicable commencing on the date when any one or more of the following first occurs:

   a. The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act of 2002, has terminated with respect to the type of insurance provided under this Coverage Part or Policy; or

   b. A renewal, extension or continuation of the Program has become effective without a requirement to make terrorism coverage available to you and with revisions that:

      (1) Increase our statutory percentage deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or

      (2) Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or

      (3) Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.

© ISO Properties, Inc., 2004

The Program is scheduled to terminate at the end of December 31, 2005 unless renewed, extended or otherwise continued by the federal government.

2. If the provisions of this endorsement become applicable, such provisions:

   a. Supersede any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism" and/or "other acts of terrorism", but only with respect to an incident(s) of terrorism (however defined) which results in injury or damage that occurs on or after the date when the provisions of this endorsement become applicable (for claims made policies, such an endorsement is superseded only with respect to an incident of terrorism (however defined) that results in a claim for injury or damage first being made on or after the date when the provisions of this endorsement become applicable); and

   b. Remain applicable unless we notify you of changes in these provisions, in response to federal law.

3. If the provisions of this endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism" and/or "other acts of terrorism", will continue in effect unless we notify you of changes to that endorsement in response to federal law.

     © ISO Properties, Inc., 2004     CG 21 87 05 04     □

**B.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury or damage, are enclosed in quotation marks:

**1.** "Terrorism" means activities against persons, organizations or property of any nature:

   **a.** That involve the following or preparation for the following:

   **(1)** Use or threat of force or violence; or

   **(2)** Commission or threat of a dangerous act; or

   **(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

   **b.** When one or both of the following applies:

   **(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

   **(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**2.** "Any injury or damage" means any injury or damage covered under any Coverage Part or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part or Policy.

**C.** The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for "any injury or damage" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury or damage" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury or damage. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

**5.** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

**6.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

   **a.** Physical injury that involves a substantial risk of death; or

   **b.** Protracted and obvious physical disfigurement; or

   **c.** Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraphs **C.5.** or **C.6.** are exceeded.

With respect to this Exclusion, Paragraphs **C.5.** and **C.6.** describe the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Part or Policy.

In the event of any incident of "terrorism" that is not subject to this Exclusion, coverage does not apply to "any injury or damage" that is otherwise excluded under this Coverage Part or Policy.

# ATLANTIC CASUALTY INSURANCE COMPANY

THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY.

## EXCLUSIONS/LIMITATIONS - COMBINATION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### EXCLUSION – COMMUNICABLE DISEASE

We do not cover any claim, loss, costs or expense for "bodily injury", "property damage", or "personal and advertising injury" arising out of the transmission of or alleged transmission of any communicable disease.

AGL-001 1/03

### EXCLUSION – LEAD-BEARING SUBSTANCE

We do not cover any claim, loss, costs or expense for "bodily injury", "personal and advertising injury" caused by plumbism (lead poisoning) or any disease or ailment caused by or aggravated by exposure, consumption or absorption of lead.

We do not cover any claim, loss, costs or expense for "property damage" arising out of the actual or alleged presence of lead in any form, including the costs of remedial investigations or feasibility studies, or to the cost of testing, monitoring, cleaning up or removal of any lead-bearing substance.

AGL-002 1/03

### EXCLUSION – PUNITIVE DAMAGES

We do not cover any claim of or indemnification for punitive or exemplary damages. If a "suit" seeking both compensatory and punitive damages has been brought against you for a claim covered by this policy, we will provide defense for such action. We will not have any obligation to pay for any costs, interest or damages attributable to punitive or exemplary damages.

AGL-003 5/97

### EXCLUSION – ASBESTOS OR SILICA DUST

We do not cover any claim, loss, costs or expenses for "bodily injury", "personal and advertising injury" caused by asbestosis, silicosis, mesothelioma, emphysema, pneumoconiosis, pulmonary fibrosis, pleuritis, endothelioma or any lung disease or any ailment caused by, or aggravated by exposure, inhalation, consumption or absorption of asbestos fibers or silica dust.

We do not cover any claim, loss, costs or expense for "property damage" due to or arising out of the actual or alleged presence of asbestos or silica dust in any form, including the cost of remedial investigations or feasibility studies, or to the cost of testing, monitoring, cleaning and removal of any property or substance.

AGL-004 1/03

### EXCLUSION – INDEPENDENT CONTRACTORS / SUBCONTRACTORS

You or any insured are not covered for claims, loss, costs or expense arising out of the actions of independent contractors / subcontractors for or on behalf of any insured.

AGL-005 1/03

AGL-C-2  1/05       This document contains copyrighted material of the Insurance Service Office, Inc.

# ATLANTIC CASUALTY INSURANCE COMPANY

## EXCLUSION – SUBSIDENCE

In consideration of the premium charged, it is hereby understood and agreed that liability for bodily injury or property damage caused by, resulting from, attributable to or contributed to, or aggravated by the subsidence of land as a result of landslide, mud flow, earth sinking or shifting , resulting from operations of the Named Insured or any other subcontractor of the Named Insured is excluded.

AGL-011 1/03

## EXCLUSION – ASSAULT AND/OR BATTERY

1.  This insurance does not apply to and we have no duty to defend any claims or "suits" for "bodily injury" "property damage" or "personal and advertising injury" arising in whole or in part out of:

    a)  the actual or threatened assault or battery whether caused by or at the instigation or direction of any insured, his employees, patrons or any other person;

    b)  the failure of any insured or anyone else for whom any insured is legally responsible to prevent or suppress assault or battery; or

    c)  the negligent:

        (i)     employment;
        (ii)    investigation;
        (iii)   supervision;
        (iv)    training;
        (v)     retention;

        of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by (a) or (b) above.

2.  For the purpose of this endorsement, the words, "assault and/or battery" are intended to include, but are not limited to, sexual assault.

3.  Exclusion 2.a. of the Commercial General Liability Coverage Form is deleted in its entirety and replaced by the following:

    a)  "bodily injury" or "property damage" expected or intended from the standpoint of any insured.

AGL-046 1/03

## EXCLUSION – CLAIMS IN PROCESS

Paragraphs b. (3) , c. and d. under **Insuring Agreement of Section I – Coverage A – bodily Injury and Property Damage Liability,** are deleted. The following is added to **2. Exclusions under Section I – Coverage A – bodily Injury and Property Damage Liabilty:**

1.  any loss or claim for damages arising out of or related to "bodily injury" or "property damage" , whether known or unknown:

    a.  which first occurred prior to the inception date of this policy; or
    b.  which is, or is alleged to be, in the process of occurring as of the inception date of this policy.

## ATLANTIC CASUALTY INSURANCE COMPANY

2.  any loss or claim for damages arising out of or related to "bodily injury" or "property damage", whether known or unknown, which is in the process of settlement, adjustment or "suit" as of the inception date of this policy.

We shall have no duty to defend any insured against any loss, claim, "suit" or other proceeding alleging damages arising out of or related to "bodily injury" or "property damage" to which this endorsement applies.

AGL-048 1/03

### EXCLUSION – EIFS

We do not cover claims. Loss, costs or expense for "Bodily injury", "Property damage" or "Personal and advertising injury" arising from:

1.  The design, manufacture, construction, fabrication, preparation, installation, application, maintenance or repair, including remodeling, service, correction, or replacement, of an exterior insulation and finish system (commonly referred to as synthetic stucco or EIFS) or any part thereof, or any substantially similar system or any part thereof, including the application or use of conditioners, primers, accessories, flashings, coatings, caulking or sealants in connection with such a system.

2.  Any work or operations with respect to any exterior component, fixture or feature of any structure if any exterior insulation and finish system is used on any part of that structure.

For the purpose of this endorsement, an exterior insulation and finish system means an exterior cladding or finish system used on any part of any structure, and consisting of:

a)  a rigid or semi-rigid insulation board made of expanded polystyrene or other materials, and

b)  the adhesive and/or mechanical fasteners used to attach the insulation board to the substrate, and

c)  a reinforced base coat, and

d)  a finish coat providing surface texture and color.

AGL-050 1/03

### EXCLUSION – MOLD, BACTERIA, VIRUS AND ORGANIC PATHOGEN LIABILITY

The following supercedes the terms and conditions of this policy. This insurance does not apply:

1.  to any alleged "bodily injury", "property damage", "personal and advertising injury";
2.  to any alleged damages for devaluation of property or for the taking, use or acquisition or interference with the rights of others in property or air space;
3.  to any loss, cost or expense, including but not limited to fines, penalties and attorney fees, arising out of any governmental direction or request, or any private party or citizen action, that an insured test for, monitor, clean up, remove, contain, treat, detoxify or neutralize "organic pathogens", or
4.  to any litigation or administration procedure in which an insured may be involved as a party;

arising directly, indirectly, or in concurrence or in any sequence out of actual, alleged or threatened existence, exposure to, discharge, dispersal, release or escape of "organic pathogens", whether or not such actual, alleged or threatened existence, discharge, dispersal, release or escape is sudden, accidental or gradual in nature.

AGL-C-2  1/05    This document contains copyrighted material of the Insurance Service Office, Inc
                  SIG All Rights Reserved



EXHIBIT

2D

# ATLANTIC CASUALTY INSURANCE COMPANY

In addition, this insurance does not apply to any alleged "bodily injury", "property damage", "personal and advertising injury", loss, cost or expense including but not limited to fines, penalties and attorney fees, arising out of or related to any form of "organic pathogens", whether or not such actual, alleged or threatened existence, exposure to, discharge, dispersal, release or escape is negligently or intentionally caused by any person or entity and whether or not the liability of any insured is alleged to be direct or vicarious. This exclusion also applies whether or not such injury, damage, devaluation, cost or expense is expected or intended from the standpoint of any insured.

"Organic pathogen" means any organic irritant or contaminant, including but not limited to mold, fungus, bacteria or virus, including but not limited to their byproducts such as mycotoxin, mildew, or biogenic aerosol.

All other terms and conditions remain unchanged.

AGL-054 1/05

## EXCLUSION OF INJURY TO EMPLOYEES, CONTRACTORS AND EMPLOYEES OF CONTRACTORS

Exclusion **e. Employer's Liability** of Coverage A. Bodily Injury and Property Damage Liability (Section I – Coverages) is replaced by the following:

This insurance does not apply to:

    (i)    "bodily injury" to "employee" of any insured arising out of or in the course of:

        (a)   Employment by any insured; or
        (b)   Performing duties related to the conduct of any insured's business;

    (ii)   "bodily injury" to any contractor or any "employee" of any contractor arising out of or in the course of the rendering or performing services of any kind or nature whatsoever by such contractor or "employee" of such contractor for which any insured may become liable in any capacity; or

    (iii)   "bodily injury" sustained by the spouse, child, parent, brother or sister of any "employee" of any insured, or of a contractor, or of any "employee" of any contractor as a consequence of any injury to any person as set forth in paragraphs (i) and (ii) of this endorsement.

This exclusion applies to all claims and "suits" by any person or organization for damages because of "bodily injury" to which this exclusion applies including damages for care and loss of services.

This exclusion applies to any obligation of any insured to indemnify or contribute with another because of damages arising out of "bodily injury" to which this exclusion applies, including any obligation assumed by an insured under any contract.

With respect to this endorsement only, the definition of "Employee" in the DEFINITIONS (Section V) of CG0001 is replaced by the following:

      **"Employee"** shall include, but is not limited to, any person or persons hired, loaned, leased, contracted, or volunteering for the purpose of providing services to or on behalf of any insured, whether or not paid for such services and whether or not an independent contractor.

As used in this endorsement contractor shall include but is not limited to any independent contractor or subcontractor of any insured and any developer or general contractor.

# ATLANTIC CASUALTY INSURANCE COMPANY

All other terms and conditions remain unchanged.

AGL-055 1/05

## LIMITATION – DUTY TO DEFEND

Where there is no coverage under this policy, there is no duty to defend any insured.

AGL-056 1/03

## EXCLUSION – NEW ENTITIES

Paragraph 4. of WHO IS AN INSURED ( Section II) does not apply.

CG 21 36 01 96

## EMPLOYMENT – RELATED PRACTICE EXCLUSION

A.     The following exclusion is added to paragraph **2.**, Exclusions of **Coverage A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I – Coverages):**

This insurance does not apply to:
     "Bodily Injury" to:

1)     A person arising out of any:

 - (a) Refusal to employ that person;
 - (b) Termination of that person's employment; or
 - (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

2)     The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

 - 1) Whether the insured may be liable as an employer or in any other capacity; and
 - 2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

B.     The following exclusion is added to Paragraph **2.**, **Exclusions** of **Section I** - Coverage B – Personal And Advertising Injury Liability
This insurance does not apply to:
"Personal and advertising injury" to:

1)     A person arising out of any:

 - a) Refusal to employ that person;
 - b) Termination of that person's employment; or

# ATLANTIC CASUALTY INSURANCE COMPANY

    c)   Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person or

2)     The spouse, child, parent, brother or sister of that person as a consequence of "personal injury" to that person at whom any of the employment-related practices described in paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

1)     Whether the insured may be liable as an employer or in any other capacity; or
2)     To any obligation to share damages with or repay someone else who must pay damages because of the injury.

CG 21 47 7/98

## TOTAL POLLUTION EXCLUSION ENDORSEMENT

Exclusion f. under paragraph 2., Exclusions of Section I - Coverage A – Bodily Injury and Property Damage Liability is replaced by the following:

This insurance does not apply to:
f. Pollution

(1) "Bodily injury" or "property damage" which would not have occurred in whole or in part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants": or

(b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, clean up, removing, containing, treating, detoxifying, or neutralizing or in any way responding to, or assessing the effects of "pollutants".

The Definition of "Pollutants" in Section V – Definitions is deleted and replaced by the following:

"Pollutants" means solid, liquid, gaseous, or thermal irritant or contaminant or all material for which a Material Safety Data Sheet is required pursuant to federal, state or local laws, where ever discharged, dispersed, seeping, migrating or released, including onto or into the air or any air supply, water or any water supply or land, including but not limited to petroleum, oil, heating oil, gasoline, fuel oil, carbon monoxide, industrial waste, acid, alkalis, chemicals, waste, sewage; and associated smoke, vapor, soot and fumes from said substance. Waste includes material to be recycled, reconditioned, or reclaimed.

AGL-064 1/05

## EXCLUSION – VOLUNTEER WORKERS

A. Paragraphs **2.a. Exclusions of Section I – Coverage C – Medical Payments** is replaced by the following:

We will not pay expenses for "bodily injury":

# ATLANTIC CASUALTY INSURANCE COMPANY

    a. To any insured

B. Paragraphs **2.a.** and **2.b.** of **Section II – Who Is An Insured** are replaced by the following:

    2. Each of the following is also an insured:

        a. Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to conduct of your business. However, none of these "employees" is an insured for:

            (1)   "Bodily injury" or "personal and advertising injury":

                (a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" or while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business;

                (b) To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of Paragraph **(1) (a)** above;

                (c) For which there is any obligation to share damages with or repay someone who must pay damages because of the injury described in Paragraphs **(1) (a)** or **(b)** above; or

                (d) Arising out of his or her providing or failing to provide professional health care services.

            (2)   "Property damage" to property:

                (a) Owned , occupied or used by,

                (b) Rented to, in the care, custody or control of,  or over which physical control is being exercised for any purpose by

            you, any of your "employees", any partner or member (if you are  partnership or joint venture), or any member (if you are a limited liability company).

        b. Any person (other than your "employee"), or any organization while acting as your real estate manager.

C. Definition **20.** "volunteer worker" of **Section V – Definitions** does not apply.

CG 21 66 10/01

## EXCLUSION – CHROMATED COPPER ARSENATE (CCA)

We do not cover any claim, loss, costs or expense for "bodily injury" or "personal and advertising injury" or any ailment caused by, or aggravated by exposure, inhalation, consumption or absorption of Chromated Copper Arsenate (CCA).

We do not cover any claim, loss, costs or expense for "property damage" due to or arising out of the actual or alleged presence of Chromated Copper Arsenate (CCA) in any form, including the cost of remedial investigations or feasibility studies, or to the cost of testing, monitoring, cleaning or removal of any property or substance.

AGL-065 1/05

# ATLANTIC CASUALTY INSURANCE COMPANY

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

### PREMIUM AUDIT- DEPOSIT PREMIUM

## THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE FOLLOWING:

### COMMERCIAL GENERAL LIABILITY COVERAGE PART

Conditions (Section IV), commercial General Liability is amended as follows:

5.    Premium Audit

Paragraph " b." is deleted and replaced by the following:

b)    Premium shown in this Coverage Part as advance premium is a minimum and deposit premium. It shall be determined based on an estimate of your exposures for the policy year. At the close of each audit period we may, at our discretion, compute earned premium based on your actual records. If we do this computation and the premium developed is greater than the advance premium, the additional premium is due and payable on notice to the first Named Insured. If the total earned premium for the policy period is less than the advance premium, then the advance premium is the minimum premium and not subject to further adjustment.

© SIG 1997 All Rights Reserved

# ATLANTIC CASUALTY INSURANCE COMPANY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

## CLASSIFICATION LIMITATION

THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE FOLLOWING:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to and no duty to defend is provided for "bodily injury", "property damage", "personal and advertising injury" or medical payments for operations, which are not classified or shown on the Commercial General Liability Coverage Declarations, its endorsements or supplements.

AGL-015 Edition 1/03

© SIG 1997 All Rights Reserved

1

# ATLANTIC CASUALTY INSURANCE COMPANY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## EXCLUSION - RAIN, SNOW AND HAIL PROPERTY DAMAGE HAZARD

THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE FOLLOWING:

COMMERCIAL GENERAL LIABILITY COVERAGE

We do not cover any claim, loss, costs or expense for "property damage" due to the influx of rain, snow or hail arising out of operations of any "insured".

However, if the AGL-009 Roofing Limitation Endorsement is also attached this exclusion does not apply to any roofing operations.

AGL-035 Edition 1/05

© SIG 1997 All Rights Reserved

1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# POLICY CHANGES

Policy Change
Number  01

| POLICY NUMBER L054002752 | POLICY CHANGES EFFECTIVE 07/26/2005 | COMPANY Atlantic Casualty Insurance Company |
|---|---|---|
| NAMED INSURED Worldwide Carpentry Inc. | | AUTHORIZED REPRESENTATIVE Executive Brokers Insurance |

COVERAGE PARTS AFFECTED
Commercial General Liability

<div align="center">CHANGES</div>

In consideration of an additional premium of $100.00, it is hereby agreed the following changes are made to this policy:

Form CG 20 10 10 01, Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization, is added to this policy.  A copy of this form is included within this endorsement.

SL:   $4.00
SLA: $0.00

All other terms and conditions remain unchanged.

Authorized Representative Signature

Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services, Inc., 1983

Page 1 of 1

POLICY NUMBER: L054002752-0

**COMMERCIAL GENERAL LIABILITY**
CG 20 10 10 01

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS - SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name of Person or Organization:<br>H & S Builders LLC |  |  |
|---|---|---|
| 65 E Palatine Road<br>Suite 303 |  |  |
| Prospect Heights | IL | 60070 |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**A.** Section II - Who Is An Insured is amended to include as an insured the person or organization shown in the Schedule, but only with respect to liability arising out of your ongoing operations performed for that insured.

**B.** With respect to the insurance afforded to these additional insureds, the following exclusion is added:

**2. Exclusions**

This insurance does not apply to "bodily injury" or "property damage" occurring after:

(1) All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured (s) at the site of the covered operations has been completed; or

(2) That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

® ISO Properties, Inc., 2000

POLICY NUMBER: L054002752-0

COMMERCIAL GENERAL LIABILITY
CG 20 10 10 01

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS - SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Name of Person or Organization: |
| --- |
| Kace Homes |
| 6251 W. Warwick |
| Chicago          IL    60634 |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**A.** Section II - Who Is An Insured is amended to include as an insured the person or organization shown in the Schedule, but only with respect to liability arising out of your ongoing operations performed for that insured.

**B.** With respect to the insurance afforded to these additional insureds, the following exclusion is added:

    **2. Exclusions**

    This insurance does not apply to "bodily injury" or "property damage" occurring after:

    (1) All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured (s) at the site of the covered operations has been completed; or

    (2) That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

® ISO Properties, Inc., 2000

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# POLICY CHANGES

Policy Change
Number 02

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| L054002752 | 11/18/2005 | Atlantic Casualty Insurance Company |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| Worldwide Carpentry, Inc. | Executive Brokers Insurance |

COVERAGE PARTS AFFECTED

Commercial General Liability

CHANGES

In consideration of an additional premium of $100.00, it is hereby agreed the following changes are made to this policy:

Form CG2010(10/01) Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization, is added to this policy.  A copy of this form is included within this endorsement.

SL:  $4.00
SLA: $0.00

All other terms and conditions remain unchanged.

Authorized Representative Signature

IL 12 01 11 85      Copyright, Insurance Services Office, Inc., 1983      Page 1 of 1
Copyright, ISO Commercial Risk Services, Inc., 1983

# HUGHES SOCOL PIERS RESNICK & DYM LTD.RCC

ATTORNEYS AT LAW

Robert R. Anderson III
Jose J. Behar
Mark S. Dym
John K. Hughes**
Bernice Jacobs
Richard Fred Johnson*
Joshua Karsh
Peter M. Katsaros
Barry Locke
Kimberley Marsh
Terence J. Moran
Donald G. Peterson
Matthew J. Piers
Kalman D. Resnick
Frederick S. Rhine
Mary M. Rowland
Donna Kaner Socol
J. Eric Vander Arend
Mark B. Weiner

Three First National Plaza
70 West Madison Street
Suite 4000
Chicago, Illinois 60602-4205
(312) 580-0100
Fax: (312) 580-1994
Direct Line: (312) 604-2610

Natalie A. Bautista
Juliet Berger-White
Mark A. Cisek
Cara A. Hendrickson
Cathy L. Higgins
Allison Margolies
Peter C. McLeod
Alex Montgomery
Lisa Nosek
Fazila Vaid

Of Counsel:
Gary N. Chodorow ◊
Susan E. Dawn
William F. Marutzky
Joseph A. Moore
Ronald L. Panter ◊

◊  Also admitted in California
*  Also admitted in Indiana
** Also admitted in Wisconsin

April 25, 2006

Worldwide Carpentry, LCC
5120 Greenwood
Skokie, Illinois 60077

Re:  Luis Marocho
     3721 North Lakewood
     Chicago, Illinois 60613

Gentlemen:

We are the attorneys for Luis Marocho who was seriously injured in a fall at 3721 North Lakewood, Chicago, Illinois on June 8, 2005. Your company performed some work at that location.

Upon receipt of this letter, please advise if you were covered by any liability insurance and the name of that company. Please call upon receipt of this letter.

Very truly yours,

Mark S. Dym

MSD:jkm

EXHIBIT
3



Hughes
Socol
Piers
Resnick
Dym
Ltd.

Robert R. Anderson III
José J. Behar
Mark S. Dym
John K. Hughes*
Bernice Jacobs
Richard F. Johnson**
Joshua Karsh
Peter Katsaros
Barry Locke
Kimberley Marsh
Steven H. Mora
Terence J. Moran
Patrick M. O'Brien
Donald G. Peterson
Matthew J. Piers
Kalman D. Resnick
Mary M. Rowland
Donna Kaner Socol
J. Eric VanderArend
Mark B. Weiner
Juliet Berger-White
Mark A. Cisek
Cara A. Hendrickson
Cathy Higgins-Mora
Allison G. Margolies
Peter C. McLeod
Alex Montgomery
Lisa Nosek
Beatriz Sandoval
Fazila Vaid
Gary N. Chodorow
Susan Dawn
William Marutzky
Joseph A. Moore
Ronald Panter
of counsel

*also admitted in Wisconsin
**also admitted in Indiana

Attorneys at Law

November 16, 2006

World Wide Carpentry LLC
5120 Greenwood
Skokie, IL 60077

Re: Luis Alberto Marocho Cajamarca v. World Wide Carpentry and Dagmara Walczak
No.: 05 L 14204

Dear Sir or Madam:

Enclosed is a copy of the Complaint that was served upon the Secretary of State on August 15, 2006. You previously called us and indicated that Atlantic Mutual was your insurance company.

Please forward the enclosed Complaint to your insurance company.

Please call if you have any questions or comments.

Very truly yours,

Mark S. Dym

enclosure

Three First National Plaza 70 West Madison Street Suite 4000 Chicago, IL 60602 tel: 312 580 0100 fax: 312 580 1994

08 CV 4699
JUDGE BUCKLO
MAGISTRATE JUDGE MASON
RCC

EXHIBIT 4

Hughes
Socol
Piers
Resnick
Dym
Ltd.

| | | | |
|---|---|---|---|
| Robert R. Anderson III | Steven H. Mora | Juliet Berger-White | Gary N. Chodorow |
| José J. Behar | Terence J. Moran | Mark A. Cisek | Susan Dawn |
| Mark S. Dym | Patrick M. O'Brien | Cara A. Hendrickson | William Marutzky |
| John K. Hughes* | Donald G. Peterson | Cathy Higgins-Mora | Joseph A. Moore |
| Bernice Jacobs | Matthew J. Piers | Allison G. Margolies | Ronald Panter |
| Richard F. Johnson** | Kalman D. Resnick | Peter C. McLeod | of counsel |
| Joshua Karsh | Mary M. Rowland | Alex Montgomery | |
| Peter Katsaros | Donna Kaner Socol | Lisa Nosek | |
| Barry Locke | J. Eric VanderArend | Beatriz Sandoval | *also admitted in Wisconsin |
| Kimberley Marsh | Mark B. Weiner | Fazila Vaid | **also admitted in Indiana |

**Attorneys at Law**

December 20, 2006

Mr. Robert Sanima
WorldWide Carpentry
4 N 214 Cedar Lane
Bensenveill, IL 60106

    Re:    Alberto Luis Marocho Cajamarca v. WorldWide, et al.
    No.:  05 L 14204

Dear Mr. Sanima:

    Enclosed is a copy of the complaint served on the Secretary of State on August 15, 2006.
Please refer this matter to your attorneys or insurance company.

    Please call if you have any questions or comments.

            Very truly yours,

            Mark Weiner

enclosure

Three First National Plaza    70 West Madison Street    Suite 4000    Chicago, IL 60602    tel: 312 580 0100    fax: 312 580 1994

08 CV 4699
JUDGE BUCKLO
MAGISTRATE JUDGE MASON
RCC



EXHIBIT
5

08 CV 4699
JUDGE BUCKLO
MAGISTRATE JUDGE MASON
RCC

**Hughes Socol Piers Resnick & Dym Ltd.**

Attorneys at Law

January 7, 2008

World Wide Carpentry
5120 Greenwood
Skokie, IL 60077

Worldwide Carpentry
Pamela Fabian
5431 N. East River Rad
Chicago, IL 60656

      Re:    Alberto Luis Marocho Cajamarca v. World Wide, et al.
      No.:   2005 L 14204

Dear Sir or Madam:

    Enclosed is the Court's October 22, 2007 Order and November 14, 2007 Order.

    Please call if you have any questions or comments.

                Very truly yours,

                Mark S. Dym

enclosures

EXHIBIT
6